Gregory Messer
Chapter 7 Trustee
26 Court Street, Suite 2400
Brooklyn, New York 11242
Tel: 718-858-1474 Fax No.718-797-5360

October 30, 2020

Clerk
United States Bankruptcy Court
1 Bowling Green
New York, NY 10004

        Re: Jeffrey Winick
        Case No. 20-11976 (SHL)

Dear Sir or Madam:

Please be advised that I am the Trustee in the above referenced bankruptcy.

There are assets in this case for distribution to creditors. Please send out the appropriate notices at your earliest convenience.

                Sincerely,
                */s/ Gregory Messer*

GM:mw                 Gregory Messer