**KLESTADT WINTERS JURELLER
  SOUTHARD & STEVENS, LLP**
Fred Stevens
200 West 41st Street, 17th Floor
New York, NY 10036
Telephone: (212) 972-3000
Facsimile: (212) 972-2245

*Counsel to Gregory M. Messer, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------x
In re                                                                  :
                                                                             :     Chapter 7
JEFFREY WINICK,                                              :
                                                                             :     Case No. 20-11976 (SHL)
                                    Debtor.              :
----------------------------------------------------------x

**SUPPLEMENTAL DECLARATION OF FRED STEVENS DISCLOSING
REVISED PROFESSIONAL FEE HOURLY RATES**

FRED STEVENS, being duly sworn, deposes and says:

1. I am an attorney at law, duly admitted to practice in the State of New York, as well as before the United States District Courts for the Southern and Eastern Districts of New York and the United States Court of Appeals for the Second Circuit. I am a partner of the law firm known as Klestadt Winters Jureller Southard & Stevens, LLP ("KWJS&S"). KWJS&S maintains an office for the practice of law at 200 West 41st Street, 17th Floor, New York, New York 10036-7203.

2. Effective on January 1, 2022, the hourly rates of KWJS&S' professionals will be set as follows:

- Partners - $595 to $825 per hour;

- Associates and Of Counsel - $425 to $595 per hour; and

- Paralegals - $195 per hour.

3. The hourly rates set forth above will be the firm's standard hourly rates effective as of January 1, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
January 13, 2022

                                        */s/ Fred Stevens*
                                        Fred Stevens