UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                          :
                                               :     Chapter 7
JEFFREY WINICK,                                :
                                               :     Case No. 20-11976 (SHL)
                    Debtor.                    :
---------------------------------------------------------x

## NOTICE OF FIRM NAME CHANGE AND E-MAIL ADDRESS CHANGE

PLEASE BE ADVISED that effective March 1, 2022, Schiff Hardin LLP merged with Arent Fox LLP and changed its name and e-mail addresses.  The new firm name is **ArentFox Schiff LLP**.

The attorney who is counsel of record for debtor Jeffrey Winick (the "Debtor") may now be reached at:

> Steven Wilamowsky
> **ArentFox Schiff LLP**
> 1185 Avenue of the Americas
> Suite 3000
> New York, New York 10036
> Tel: (212) 753-5000
> **steven.wilamowsky@afslaw.com**

Counsel requests that the Clerk and all counsel update the firm's new name and e-mail address.

Dated:  New York, New York                     ARENTFOX SCHIFF LLP
        March 15, 2022

                                               /s/ Steven Wilamowsky
                                               Steven Wilamowsky
                                               1185 Avenue of the Americas
                                               Suite 3000
                                               New York, New York 10036
                                               Tel.:  (212) 753-5000

NY\54883505.1